UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                                     14-CR-438 (PKC)

JOHN DOE,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

Please take notice that Assistant United States Attorney Margaret Lee from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

> Margaret Lee
> Assistant United States Attorney
> United States Attorney's Office
> Eastern District of New York
> 271 Cadman Plaza East
> Brooklyn, New York 11201-1820
> Tel: (718) 254-6205
> Fax: (718) 254-6076
> Email: Margaret.Lee@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Ms. Lee.

Dated:   Brooklyn, New York
         August 21, 2017

                                                      Respectfully submitted,

                                                      BRIDGET M. ROHDE
                                                    Acting United States Attorney

                                   By:       /s/
                                                    Margaret Lee
                                                    Assistant U.S. Attorney
                                                     Tel: (718) 254-6205

cc:   Clerk of the Court (by ECF)